UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:18-CV-01467-JAR |
| 2016 LAMBORGHINI AVENTADOR, VIN: ZHWUR1ZDXGLA04692, et al., | ) |
| Defendant(s). | ) |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Withdraw Stay and Joint Motion to Continue Rule 16 Conference. (Doc. 16.) On December 15, 2018, the Court set a Rule 16 scheduling conference for November 20, 2018. (Doc. 10.) That same day, Plaintiff filed a Motion to Stay Proceedings. (Doc. 11.) Claimant Eli Abraham opposed the Motion. (Doc. 13.) That motion is still pending. Plaintiff now moves to withdraw its motion to stay and seeks a forty-five-day continuance of the Rule 16 conference. (Doc. 16.)

Upon review,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw Stay and Joint Motion to Continue Rule 16 Conference (Doc. 16), is **GRANTED** and Plaintiff's Motion to Stay (Doc. 11), is **WITHDRAWN.**

**IT IS FURTHER ORDERED** that the scheduled Rule 16 conference is **CONTINUED** to **Tuesday, January 8, 2019 at 10:00 a.m.**

Dated this 19th Day of November, 2018.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE