UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 4:18-CV-01467-JAR |
| ) | |
| 2016 LAMBORGHINI AVENTADOR, ) | |
| VIN: ZHWUR1ZDXGLA04692, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court on Claimant Eli Abraham's Claim and Demand for Return of Property. (Doc. 9.) At issue is a 2016 Lamborghini Aventador owned by Abraham by virtue of an auto loan which, according to the parties, has an outstanding balance. (*See* Doc. 13 at 2.) Abraham has represented to the Court that he "would agree to the forfeiture of the vehicle provided that the vehicle will be expeditiously sold and the lender is paid." (*Id.*)

On December 28, 2018, the parties filed a Consent Motion for Interlocutory Sale of Property in which the vehicle will be sold and the proceeds will be put towards the satisfaction of the lien. (Doc. 20.) On January 2, 2019, the Court entered an order granting that motion and thereby mooted Abraham's pending claim. (Doc. 21.)

Accordingly,

**IT IS HEREBY ORDERED** that Claimant Eli Abraham's Claim and Demand for Return of Property (Doc. 9), is **DENIED as moot.**

Dated this 2th Day of January, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE