# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>        Plaintiff,                              )<br>                                                              )<br>    vs.                                                 )<br>                                                              )<br>2016 LAMBORGHINI AVENTADOR  )<br>VIN: ZHWUR1ZDXGLA04692, et al.,  )<br>                                                              )<br>        Defendants.                          )<br>                                                              ) | Case No. 4:18-CV-01467-JAR |

## ORDER

This matter is before the Court on Plaintiff United States of America's Second Motion to Continue Rule 16 Conference. (Doc. 23.) Plaintiff represents that "the matter appears headed toward resolution," suggesting that "there is no need for a Rule 16 conference at this time." (*Id.*)

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff United States of America's Second Motion to Continue Rule 16 Conference (Doc. 23), is **GRANTED.**

**IT IS FURTHER ORDERED** that the parties shall submit a written status report to the Court no later than **April 9, 2019**.

Dated this 8th Day of January, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE